STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHNNY WATSON, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. EUGENE RAINES, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Carl R. Soller* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOSE CRUZ REYES, DEFENDANT-PETITIONER.

See same case below: 98 *N. J. Super.* 506.

*Mr. Solomon Golat* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 28, 1968. Denied.